UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**GEORGE A. KRUSE**,

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.                      No. 15-cv-925-DRH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 4, 2016 (Doc. 26), the commissioner's final decision is REVERSED and REMANDED to the commissioner for rehearing and reconsideration of the evidence. Judgment is in favor of the plaintiff.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

                                                BY:   /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Dated:   April 4, 2016

                                         Digitally signed by Judge David R. Herndon
                                         Date: 2016.04.04 15:40:56 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT