IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE A. KRUSE,

        Plaintiff,

vs.                                  Civil No.   15-cv-925-DRH-CJP

CAROLYN W. COLVIN,

        Defendant.

### ORDER for ATTORNEY'S FEES

**HERNDON, District Judge:**

Before the Court is plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 28). Defendant has filed a response indicating that she has no objection (Doc. 30).

The parties agree that plaintiff is entitled to an award in the amount of $5,435.60 for attorney's fees and no additional sum for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully satisfy any claims for fees, costs and expenses that may be payable in this case under the Equal Access to Justice Act, 28 U.S.C. §2412.

The Court **GRANTS** plaintiff's motion (Doc. 28). The Court **AWARDS** plaintiff the sum of $5,435.60 (five thousand, four hundred thirty-five dollars and

sixty cents) for attorney's fees pursuant to the Equal Access to Justice Act. These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). However, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney, Doc. 28, Ex. 6.

**IT IS SO ORDERED.**

DATE:   June 16, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.06.16 17:47:24 -05'00'

**United States District Judge**